```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )
                          )
    v.                    )       No. 4:05 CR 320 HEA
                          )                      DDN
DONALD RADOSH,            )
                          )
        Defendant.        )

### MEMORANDUM AND ORDER

Following the hearing held on April 10, 2006, and for the reasons set forth on the record,

**IT IS HEREBY ORDERED** that the motion of defendant to disqualify government counsel is denied.

**IT IS FURTHER ORDERED** that the evidentiary hearing on pending matters is reset to **April 19, 2006, at 9:00 a.m.**

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on April 10, 2006.